# Exhibit A

 **Wolters Kluwer**

**CT Corporation**
**Service of Process Notification**
08/18/2022
CT Log Number 542146692

## Service of Process Transmittal Summary

**TO:**  Melissa Gravlin
Fca Us Llc
1000 CHRYSLER DR OFC OF
AUBURN HILLS, MI 48326-2766

**RE:**  **Process Served in California**

**FOR:**  FCA US LLC  (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: Kimberly Holdsworth // To: FCA US LLC |
| **DOCUMENT(S) SERVED:** | Summons, Complaint, Exhibit(s), Cover Sheet, Attachment(s), Notice |
| **COURT/AGENCY:** | San Diego County - Superior Court, CA<br>Case # 37202200030990CUBCCTL |
| **NATURE OF ACTION:** | Product Liability Litigation - Lemon Law - 2014 Jeep Grand Cherokee, VIN: 1C4RJFCG3EC253934 |
| **PROCESS SERVED ON:** | C T Corporation System, GLENDALE, CA |
| **DATE/METHOD OF SERVICE:** | By Process Server on 08/18/2022 at 01:15 |
| **JURISDICTION SERVED:** | California |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after service (Document(s) may contain additional answer dates) |
| **ATTORNEY(S)/SENDER(S):** | Tionna Dolin<br>Strategic Legal Practices, APC<br>1888 Century Park East, 19th Floor<br>Los Angeles, CA 90067<br>(310) 929-4900 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 08/19/2022, Expected Purge Date: 08/24/2022<br><br>Image SOP<br><br>Email Notification,  Lance Arnott  sopverification@wolterskluwer.com |
| **REGISTERED AGENT CONTACT:** | C T Corporation System<br>330 N BRAND BLVD<br>STE 700<br>GLENDALE, CA 91203<br>877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the



**CT Corporation**
**Service of Process Notification**
08/18/2022
CT Log Number 542146692

included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

**SUM-100**

# SUMMONS
## *(CITACION JUDICIAL)*

| | |
|---|---|
| **NOTICE TO DEFENDANT:**<br>*(AVISO AL DEMANDADO):*<br><br>FCA US, LLC; PEDDER CHRYSLER DODGE RAM JEEP; and DOES 1 through 10 inclusive<br><br>**YOU ARE BEING SUED BY PLAINTIFF:**<br>*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*<br><br>KIMBERLY HOLDSWORTH | **FOR COURT USE ONLY**<br>*(SOLO PARA USO DE LA CORTE)*<br><br>**ELECTRONICALLY FILED**<br>Superior Court of California,<br>County of San Diego<br>**08/04/2022** at 01:14:34 PM<br>Clerk of the Superior Court<br>By Brandon Krause, Deputy Clerk |

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| | |
|---|---|
| The name and address of the court is:<br>*(El nombre y dirección de la corte es):*  Hall of Justice<br><br>330 West Broadway<br>San Diego, CA 92101 | **CASE NUMBER:**<br>*(Número del Caso):*<br>37-2022-00030990-CU-BC-CTL |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Tionna Dolin; 1888 Century Park East, 19th Floor, Los Angeles, CA 90067: Tel: (310) 929-4900

| | | | |
|---|---|---|---|
| **DATE:**<br>*(Fecha)* 08/05/2022 | Clerk, by<br>*(Secretario)* B. Krause | , Deputy<br>*(Adjunto)* |

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010).)*

**NOTICE TO THE PERSON SERVED:** You are served

[SEAL]

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☒ on behalf of *(specify):*  FCA US LLC

    under: ☐ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
           ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
           ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
           ☒ other *(specify):* LLC
4. ☒ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use<br>Judicial Council of California<br>SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

Tionna Dolin (SBN 299010)
Email: tdolin@slpattorney.com
Mark Gibson (SBN 258216)
Email: mgibson@slpattorney.com
(emailservices@slpattorney.com)
**Strategic Legal Practices, APC**
1888 Century Park East, 19th Floor
Los Angeles, CA 90067
Telephone: (310) 929-4900
Facsimile:  (310) 943-3838

Attorneys for Plaintiff KIMBERLY HOLDSWORTH

ELECTRONICALLY FILED
Superior Court of California,
County of San Diego
08/04/2022 at 01:14:34 PM
Clerk of the Superior Court
By Brandon Krause Deputy Clerk

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**COUNTY OF SAN DIEGO**

| | |
|---|---|
| KIMBERLY HOLDSWORTH,<br><br>           Plaintiff,<br><br>     vs.<br><br>FCA US, LLC; PEDDER CHRYSLER DODGE RAM JEEP; and DOES 1 through 10, inclusive,<br><br>           Defendants. | Case No.: 37-2022-00030990-CU-BC-CTL<br><br>Hon.<br>Dept.<br><br>**COMPLAINT FOR VIOLATION OF STATUTORY OBLIGATIONS**<br><br>JURY TRIAL DEMANDED |

STRATEGIC LEGAL PRACTICES, APC
1840 CENTURY PARK EAST, SUITE 430, LOS ANGELES, CA 90067

**COMPLAINT; JURY TRIAL DEMANDED**

Plaintiff alleges as follows:

## PARTIES

1.     As used in this Complaint, the word "Plaintiff" shall refer to Plaintiff KIMBERLY HOLDSWORTH.

2.     Plaintiff is a resident of San Diego County, California.

3.     As used in this Complaint, the word "Defendants" shall refer to all Defendants named in this Complaint.

4.     Defendant FCA US, LLC ("Defendant FCA") is a corporation organized and in existence under the laws of the State of Delaware and registered with the California Department of Corporations to conduct business in California. Defendant FCA's principal place of business is in the State of Michigan. At all times relevant herein, Defendant was engaged in the business of designing, manufacturing, constructing, assembling, marketing, distributing, and selling automobiles and other motor vehicles and motor vehicle components in San Diego County.

5.     Defendant PEDDER CHRYSLER DODGE RAM JEEP ("Defendant PEDDER") is an unknown business entity organized and in existence under the laws of the State of California. At all times relevant herein, Defendant was engaged in the business of selling automobiles and automobile components, and servicing and repairing automobiles in San Diego County.

6.     Plaintiff is ignorant of the true names and capacities of the Defendants sued under the fictitious names DOES 1 to 10. They are sued pursuant to Code of Civil Procedure section 474. When Plaintiff becomes aware of the true names and capacities of the Defendants sued as DOES 1 to 10, Plaintiff will amend this Complaint to state their true names and capacities.

## TOLLING OF THE STATUTES OF LIMITATION

7.     To the extent there are any statutes of limitation applicable to Plaintiff's claims-including, without limitation, the express warranty, implied warranty, and negligent repair – the running of the limitation periods have been tolled by, *inter alia*, the following doctrines or

STRATEGIC LEGAL PRACTICES, APC
1840 CENTURY PARK EAST, SUITE 430, LOS ANGELES, CA 90067

1

1    rules: equitable tolling, the discovery rule, the fraudulent concealment rules, equitable

2    estoppel, the repair rule, and/or class action tolling (e.g., *the American Pipe rule*).

3        8.    Plaintiff discovered Defendants' wrongful conduct alleged herein shortly

4    before the filing of the complaint, as the Vehicle continued to exhibit symptoms of defects

5    following FCA's unsuccessful repair attempts to repair them. However, FCA failed to provide

6    restitution pursuant to the Song-Beverly Consumer Warranty Act.

7        9.    By filing this Complaint, Plaintiff hereby revokes acceptance of the Subject

8    Vehicle yet again.

9                          **FACTUAL BACKGROUND**

10       10.   On or about November 23, 2013, Plaintiff entered into a warranty contract with

11   Defendant FCA regarding a 2014 Jeep Grand Cherokee vehicle identification number

12   1C4RJFCG3EC253934 (hereafter "Vehicle"), which was manufactured and or distributed by

13   Defendant FCA.

14       11.   The warranty contract contained various warranties, including but not limited to

15   the bumper-bumper warranty, powertrain warranty, emission warranty, etc. A true and correct

16   copy of the warranty contract is attached hereto as **Exhibit A**. The terms of the express

17   warranty are described in **Exhibit A** and are incorporated herein. In addition, to the these

18   warranties, Defendant FCA also provided Plaintiff with a California Emission Warranty,

19   which Plaintiff requests Defendant FCA produce as part of its discovery obligations in this

20   case.[1]

21       12.   Pursuant to the Song-Beverly Consumer Warranty Act (the "Act") Civil Code

22   sections 1790 et seq. the Subject Vehicle constitutes "consumer goods" used primarily for

23   family or household purposes, and Plaintiff has used the vehicle primarily for those purposes.

24

25

26       [1] Upon information and belief, FCA deliberately refuses to include the terms of the
     California emissions warranties in its main express warranty booklet so that California
27   consumers are kept in the dark when FCA fails to comply with its warranty obligations under
     California's 7 years/70,000 miles emissions warranty, or other California emission warranties,
28   including but not limited to, Low Emission Vehicles warranties (which have an even longer
     warranty term).

STRATEGIC LEGAL PRACTICES, APC
1840 CENTURY PARK EAST, SUITE 430, LOS ANGELES, CA 90067

                                   2

1  Plaintiff is a "buyer" of consumer goods under the Act. Defendant FCA US LLC is a
2  "manufacturer" and/or "distributor" under the Act.

3      13.    Plaintiff justifiably revokes acceptance of the Subject Vehicle under Civil Code,
4  section 1794, et seq.  by filing this Complaint and/or did so prior to filing the instant Complaint.

5      14.    These causes of action arise out of the warranty obligations of FCA US LLC in
6  connection with a motor vehicle for which FCA US LLC issued a written warranty.

7      15.    Defects and nonconformities to warranty manifested themselves within the
8  applicable express warranty period, including but not limited to, the electrical system; the
9  engine; the transmission; among other defects and non-conformities.

10     16.    Said defects/nonconformities substantially impair the use, value, or safety of
11  the Vehicle.

12                    **Some Portions of Plaintiff's Repair History**

13     17.    On or about January 17, 2017, with approximately 45,705 miles on the
14  odometer, Plaintiff presented the Subject Vehicle to Defendant's authorized repair facility
15  with various concerns, including engine concerns. The authorized repair facility performed
16  repairs.

17     18.    On or about January 27, 2017, with approximately 46,030 miles on the
18  odometer, Plaintiff presented the Subject Vehicle to Defendant's authorized repair facility
19  with various concerns, including engine concerns. The authorized repair facility performed
20  repairs.

21     19.    On or about April 27, 2018, with approximately 66,028 miles on the odometer,
22  Plaintiff presented the Subject Vehicle to Defendant's authorized repair facility with various
23  concerns, including engine concerns. The authorized repair facility performed repairs.

24     20.    On or about December 27, 2019, with approximately 88,356 miles on the
25  odometer, Plaintiff presented the Subject Vehicle to Defendant's authorized repair facility
26  with various concerns, including engine concerns. The authorized repair facility performed
27  repairs.

28

COMPLAINT; JURY TRIAL DEMANDED

STRATEGIC LEGAL PRACTICES, APC
1840 CENTURY PARK EAST, SUITE 430, LOS ANGELES, CA 90067

21.     Thereafter, Plaintiff continued to experience symptoms of the engine defects and other defects despite Defendant's representations that the various defects were repaired.

23.     Under the Song-Beverly Act, Defendant FCA had an affirmative duty to promptly offer to repurchase or replace the Subject Vehicle at the time if failed to conform the Subject Vehicle to the terms of the express warranty after a reasonable number of repair attempts.[2]

24.     Defendant FCA US LLC has failed to either promptly replace the Subject Vehicle or to promptly make restitution in accordance with the Song-Beverly Act.

25.     Under the Act, Plaintiff is entitled to reimbursement of the price paid for the vehicle less that amount directly attributable to use by the Plaintiff prior to the first presentation to an authorized repair facility for a nonconformity.

26.     Plaintiff is entitled to replacement or reimbursement pursuant to Civil Code, section 1794, et seq. Plaintiff is entitled to rescission of the contract pursuant to Civil Code, section 1794, et seq. and Commercial Code, section 2711.

27.     Plaintiff is entitled to recover any "cover" damages under Commercial Code, sections 2711, 2712, and Civil Code, section 1794, et seq.

28.     Plaintiff is entitled to recover all incidental and consequential damages pursuant to 1794 et seq. and Commercial Code, sections 2711, 2712, and 2713 et seq.

[2] "A manufacturer's duty to repurchase a vehicle does not depend on a consumer's request, but instead arises as soon as the manufacturer fails to comply with the warranty within a reasonable time. (*Krotin v. Porsche Cars North America, Inc.* (1995) 38 Cal.App.4th 294, 301-302, 45 Cal.Rptr.2d 10.) Chrysler performed the bridge operation on Santana's vehicle in August 2014 with 30,262 miles on the odometer—within the three-year, 36,000 mile warranty. The internal e-mails demonstrating Chrysler's awareness of the safety risks inherent in the bridge operation were sent in September 2013, and thus Chrysler was well aware of the problem when it performed the bridge operation on Santana's vehicle. Thus, Chrysler's duty to repurchase or provide restitution arose prior to the expiration of the three-year, 36,000 mile warranty. Moreover, although we do not have the actual five-year, 100,000 mile power train warranty in our record, Santana's expert testified that the no-start/stalling issues Santana experienced were within the scope of the power train warranty, which was still active when Santana requested repurchase in approximately January 2016, at 44,467 miles. Thus the premise of Chrysler's argument—that Santana's request for repurchase was outside the relevant warranty—is not only irrelevant, but wrong." *Santana v. FCA US, LLC,* 56 Cal. App. 5th 334, 270 Cal. Rptr. 3d 335 (2020).

STRATEGIC LEGAL PRACTICES, APC
1840 CENTURY PARK EAST, SUITE 430, LOS ANGELES, CA 90067

4

STRATEGIC LEGAL PRACTICES, APC
1840 CENTURY PARK EAST, SUITE 430, LOS ANGELES, CA 90067

29.    Plaintiff suffered damages in a sum to be proven at trial in an amount that is not less than $25,001.00.

30.    Plaintiff is entitled to all incidental, consequential, and general damages resulting from Defendants' failure to comply with its obligations under the Song-Beverly Act.

**FIRST CAUSE OF ACTION**

**BY PLAINTIFF AGAINST DEFENDANT FCA**

**VIOLATION OF SUBDIVISION (D) OF CIVIL CODE SECTION 1793.2**

31.    Plaintiff incorporates by reference the allegations contained in the paragraphs set forth above.

32.    Defendant FCA and its representatives in this state have been unable to service or repair the Vehicle to conform to the applicable express warranties after a reasonable number of opportunities.  Despite this fact, Defendant FCA failed to promptly replace the Vehicle or make restitution to Plaintiff as required by Civil Code section 1793.2, subdivision (d) and Civil Code section 1793.1, subdivision (a)(2).

33.    Plaintiff has been damaged by Defendant FCA's failure to comply with its obligations pursuant to Civil Code section 1793.2, subdivision (d) and Civil Code section 1793.1, subdivision (a)(2), and therefore brings this cause of action pursuant to Civil Code section 1794.

34.    Defendant FCA's failure to comply with its obligations under Civil Code section 1793.2, subdivision (d) was willful, in that Defendant FCA and its representative were aware that they were unable to service or repair the Vehicle to conform to the applicable express warranties after a reasonable number of repair attempts, yet Defendant FCA failed and refused to promptly replace the Vehicle or make restitution.  Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages pursuant to Civil Code section 1794, subdivision (c).

35.    Defendant FCA does not maintain a qualified third-party dispute resolution process which substantially complies with Civil Code section 1793.22.  Accordingly, Plaintiff

**COMPLAINT; JURY TRIAL DEMANDED**

STRATEGIC LEGAL PRACTICES, APC
1840 CENTURY PARK EAST, SUITE 430, LOS ANGELES, CA 90067

1  is entitled to a civil penalty of two times Plaintiff's actual damages pursuant to Civil Code

2  section 1794, subdivision (e).

3      36.    Plaintiff seeks civil penalties pursuant to section 1794, subdivisions (c), and (e)

4  in the alternative and does not seek to cumulate civil penalties, as provided in Civil Code

5  section 1794, subdivision (f).

6                          **SECOND CAUSE OF ACTION**

7                   **BY PLAINTIFF AGAINST DEFENDANT FCA**

8          **VIOLATION OF SUBDIVISION (B) OF CIVIL CODE SECTION 1793.2**

9      37.    Plaintiff incorporates by reference the allegations contained in the paragraphs

10  set forth above.

11      38.    Although Plaintiff presented the Vehicle to Defendant FCA's representative in

12  this state, Defendant FCA and its representative failed to commence the service or repairs

13  within a reasonable time and failed to service or repair the Vehicle so as to conform to the

14  applicable warranties within 30 days, in violation of Civil Code section 1793.2, subdivision

15  (b).  Plaintiff did not extend the time for completion of repairs beyond the 30-day

16  requirement.

17      39.    Plaintiff has been damaged by Defendant FCA's failure to comply with its

18  obligations pursuant to Civil Code section 1793.2(b), and therefore brings this Cause of

19  Action pursuant to Civil Code section 1794.

20      40.    Plaintiff has rightfully rejected and/or justifiably revoked acceptance of the

21  Vehicle, and has exercised a right to cancel the purchase.  By serving this Complaint, Plaintiff

22  does so again.  Accordingly, Plaintiff seeks the remedies provided in California Civil Code

23  section 1794(b)(1), including the entire contract price.  In the alternative, Plaintiff seeks the

24  remedies set forth in California Civil Code section 1794(b)(2), including the diminution in

25  value of the Vehicle resulting from its defects.  Plaintiff believes that, at the present time, the

26  Vehicle's value is *de minimis*.

27      41.    Defendant FCA's failure to comply with its obligations under Civil Code

28  section 1793.2(b) was willful, in that Defendant FCA and its representative were aware that

                                        6

1    they were obligated to service or repair the Vehicle to conform to the applicable express

2    warranties within 30 days, yet they failed to do so. Accordingly, Plaintiff is entitled to a civil

3    penalty of two times Plaintiff's actual damages pursuant to Civil Code section 1794(c).

4                         **THIRD CAUSE OF ACTION**

5              **BY PLAINTIFF AGAINST DEFENDANT FCA**

6    **VIOLATION OF SUBDIVISION (A)(3) OF CIVIL CODE SECTION 1793.2**

7         42.     Plaintiff incorporates by reference the allegations contained in paragraphs set

8    forth above.

9         43.     In violation of Civil Code section 1793.2, subdivision (a)(3), Defendant FCA

10    failed to make available to its authorized service and repair facilities sufficient service

11    literature and replacement parts to effect repairs during the express warranty period. Plaintiff

12    has been damaged by Defendant FCA's failure to comply with its obligations pursuant to Civil

13    Code section 1793.2(a)(3), and therefore brings this Cause of Action pursuant to Civil Code

14    section 1794.

15    Defendant FCA's failure to comply with its obligations under Civil Code section 1793.2,

16    subdivision (a)(3) was wilful, in that Defendant FCA knew of its obligation to provide

17    literature and replacement parts sufficient to allow its repair facilities to effect repairs during

18    the warranty period, yet Defendant FCA failed to take any action to correct its failure to

19    comply with the law. Accordingly, Plaintiff is entitled to a civil penalty of two times

20    Plaintiff's actual damages, pursuant to Civil Code section 1794(c).

21                      **FOURTH CAUSE OF ACTION**

22              **BY PLAINTIFF AGAINST DEFENDANT FCA**

23     **BREACH OF THE IMPLIED WARRANTY OF MERCHANTABILITY**

24            **(CIV. CODE, § 1791.1; § 1794; § 1795.5)**

25         44.     Plaintiff incorporates by reference the allegations contained in the paragraphs

26    set forth above.

27         45.     Pursuant to Civil Code section 1792, the sale of the Vehicle was accompanied

28    by Defendant FCA's implied warranty of merchantability. Pursuant to Civil Code section

STRATEGIC LEGAL PRACTICES, APC
1840 CENTURY PARK EAST, SUITE 430, LOS ANGELES, CA 90067

**COMPLAINT; JURY TRIAL DEMANDED**

1791.1, the duration of the implied warranty is coextensive in duration with the duration of the express written warranty provided by Defendant FCA, except that the duration is not to exceed one-year.

46.    Pursuant to Civil Code section 1791.1 (a), the implied warranty of merchantability means and includes that the Vehicle will comply with each of the following requirements: (1) The Vehicle will pass without objection in the trade under the contract description; (2) The Vehicle is fit for the ordinary purposes for which such goods are used; (3) The Vehicle is adequately contained, packaged, and labelled; (4) The Vehicle will conform to the promises or affirmations of fact made on the container or label.

47.    At the time of sale, the subject vehicle contained one or more latent defect(s) set forth above. The existence of the said defect(s)constitutes a breach of the implied warranty because the Vehicle (1) does not pass without objection in the trade under the contract description, (2) is not fit for the ordinary purposes for which such goods are used, (3) is not adequately contained, packaged, and labelled, and (4) does not conform to the promises or affirmations of fact made on the container or label.

48.    Plaintiff has been damaged by Defendant FCA's failure to comply with its obligations under the implied warranty, and therefore brings this Cause of Action pursuant to Civil Code section 1794.

## FIFTH CAUSE OF ACTION

### BY PLAINTIFF AGAINST DEFENDANT PEDDER

### NEGLIGENT REPAIR

49.    Plaintiff incorporates by reference the allegations contained in the paragraphs set forth above.

50.    Plaintiff delivered the Subject Vehicle to Defendant PEDDER for substantial repair on at least one occasion.

51.    Defendant PEDDER owed a duty to Plaintiff to use ordinary care and skill in storage, preparation and repair of the Subject Vehicle in accordance with industry standards.

COMPLAINT; JURY TRIAL DEMANDED

STRATEGIC LEGAL PRACTICES, APC
1840 CENTURY PARK EAST, SUITE 430, LOS ANGELES, CA 90067

1      52.    Defendant PEDDER breached its duty to Plaintiff to use ordinary care and skill

2   by failing to properly store, prepare and repair the Subject Vehicle in accordance with

3   industry standards.

4      53.    Defendant PEDDER's negligent breach of its duties owed to Plaintiff was a

5   proximate cause of Plaintiff's damages.

6   **SIXTH CAUSE OF ACTION**

7   **BY PLAINTIFF AGAINST DEFENDANT FCA**

8   **VIOLATION OF THE MAGNUSON-MOSS WARRANTY ACT**

9      54.    Plaintiff incorporates by reference the allegations contained in the paragraphs

10  set forth above.

11     55.    Plaintiff is "consumer[s]" as defined in the Magnuson-Moss Warranty Act

12  (referred to as "Mag-Moss"), 15 U.S.C. § 2301(3).

13     56.    Defendant is a "supplier" and "warrantor" as defined in the Mag-Moss Act, 15

14  U.S.C. § 2301(4), 15 U.S.C. § 2301(5).

15     57.    The Subject Vehicle is a "consumer product" as defined in the Mag-Moss Act,

16  15 U.S.C. § 2301(1).

17     58.    In addition to the express warranty, in connection with the sale of the Vehicle

18  to Plaintiff, an implied warranty of merchantability was created under California law. The

19  Subject Vehicle's implied warranties were not disclaimed using a Buyer's Guide displayed on

20  the Vehicle; thus any purported disclaimers were ineffective pursuant to 15 U.S.C. § 2308(c).

21     59.    In accordance with Defendant's warranty, Plaintiff delivered the Vehicle to

22  Defendant's representatives, including its representatives in this state to perform warranty

23  repairs. Plaintiff did so within a reasonable time. Each time Plaintiff delivered the Vehicle,

24  Plaintiff notified Defendant and its representative of the characteristics of the defects.

25  However, the representative failed to repair the Vehicle, breaching the terms of the written

26  warranty on each occasion

27     60.    Defendant violated the Mag-Moss Act when it breached the express warranty

28  and implied warranties by failing to repair the defects and nonconformities, or to repurchase

STRATEGIC LEGAL PRACTICES, APC
1840 CENTURY PARK EAST, SUITE 430, LOS ANGELES, CA 90067

9

**COMPLAINT; JURY TRIAL DEMANDED**

1    and/or replace the Subject Vehicle.

2         61.    Plaintiff performed all terms, conditions, covenants, promises and obligations

3    required to be performed on Plaintiff's part under the terms of the agreement, express

4    warranty and implied warranty except for those terms and conditions, covenants, promises and

5    obligations or payments for which performance and/or compliance has been excused by the

6    acts and/or conduct of Defendant and/or by operation of law

7         62.    Plaintiff has also met all of Plaintiff's obligations and preconditions to bring

8    this claim, or alternatively it would have been futile for Plaintiff to do so.

9         63.    In addition, Plaintiff has met all of Plaintiff's obligations for bringing this claim

10   as provided in the written warranties, or alternatively, Defendant does not maintain an

11   informal dispute resolution process for the purpose of resolving claims for breach of the

12   implied warranty of merchantability, and does not maintain an informal dispute resolution

13   process for resolving express warranty claims that complies with the requirements of 15

14   U.S.C. § 2310(a) and the rules and regulations adopted pursuant thereto by the Federal Trade

15   Commission.

16        64.    As a direct and proximate result of the acts and omissions of the Defendant,

17   Plaintiff has been damaged in the form of general, special and actual damages in an amount

18   within the jurisdiction of this Court, according to proof at trial.

19        65.    Under the Act, Plaintiff is entitled to reimbursement of the entire amount paid

20   or payable.

21        66.    Plaintiff is entitled to all incidental, consequential, penalties, and general

22   damages resulting from Defendant's failure to comply with their obligations under the Mag-

23   Moss Act.

24        67.    Plaintiff has been damaged by Defendant's failure to comply with its

25   obligations under the express warranty, implied warranty, as well as any other violations

26   alleged here, and therefore bring this claim pursuant to 15 U.S.C. §2310(d) and seek remedies

27   available pursuant to Magnuson-Moss Act under California law, including California Civil

28   Code Section 1794 and/or California Commercial Code Sections 2711-2715, and/or other

STRATEGIC LEGAL PRACTICES, APC
1840 CENTURY PARK EAST, SUITE 430, LOS ANGELES, CA 90067

1  remedies that the Court may deem proper.

2      68.    Plaintiff is entitled under the Mag-Moss Act to recover as part of the judgment

3  a sum equal to the aggregate amount of costs and expenses, including attorney's fees,

4  reasonably incurred in connection with the commencement and prosecution of this action

5  pursuant to 15 U.S.C. § 2310(d)(2).

6

7  **PRAYER**

8      PLAINTIFF PRAYS for judgment against Defendants as follows:

9      a.  For general, special and actual damages according to proof;

10      b.  For restitution;

11      c.  For any consequential and incidental damages;

12      d.  For revocation of acceptance of the Subject Vehicle, rescission,

13      reimbursement and/or restitution of all monies expended;

14      e.  For diminution in value;

15      f.  For a civil penalty in the amount of two times Plaintiff's actual damages

16      pursuant to Civil Code section 1794, subdivision (c) or (e);

17      g.  For prejudgment interest at the legal rate;

18      h.  For costs, expenses and attorney's fees reasonably incurred in

19      connection with the commencement and prosecution of this action

20      pursuant to 15 U.S.C. § 2310(d)(2);

21      i.  For costs of the suit and Plaintiff's reasonable attorneys' fees pursuant

22      to Civil Code section 1794, subdivision (d); and

23      j.  For such other relief as the Court may deem proper.

24  ///

25  ///

26  ///

27  ///

28  ///

11

**COMPLAINT; JURY TRIAL DEMANDED**

1

## **DEMAND FOR JURY TRIAL**

2

Plaintiff hereby demands a jury trial on all causes of action asserted herein.

3

Dated: July 29, 2022                            STRATEGIC LEGAL PRACTICES, APC

4

5                                                    BY: _____

6                                                          Tionna Dolin
                                                         Attorney for Plaintiff KIMBERLY
                                                         HOLDSWORTH

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

12

**COMPLAINT; JURY TRIAL DEMANDED**

# Exhibit A

# Jeep®

**2014**

# All Vehicles

**WARRANTY INFORMATION**

***IMPORTANT***

*This booklet contains Chrysler Group LLC limited warranties. It should be kept in your vehicle and presented to your Dealer if any warranty service is needed.*
*The warranty text begins on page 4 of this booklet.*

**WARRANTY COVERAGE AT A GLANCE**

| DESCRIPTION | 1 Yr/ 12, 000 | 2 Yr/ 24,000 | 3 Yr/ 36,000 | 3 Yr/ 50,000 | 3 Yr/ Unlimited | 5 Yr/ 50,000 | 5 Yr/ 100,000 | 7 Yr/ 70,000 | 8 Yr/ 80,000 |
|---|---|---|---|---|---|---|---|---|---|
| Basic Limited Warranty Coverage | ▬ | ▬ | ▬ | | | | | | |
| | | | | | | | | | |
| **Special Extended Warranty Coverage** | | | | | | | | | |
| **Anti-Corrosion Perforation Limited Warranty:** | | | | | | | | | |
| All Panels | ▬ | ▬ | ▬ | ▬ | ▬ | | | | |
| Outer Panels | ▬ | ▬ | ▬ | ▬ | ▬ | ▬ | ▬ | | |
| Powertrain Limited Warranty | ▬ | ▬ | ▬ | ▬ | ▬ | ▬ | ▬ | | |
| Federal Emissions Warranty | ▬ | ▬ | | | | | | | |
| Federal Emissions Warranty Specified Comp. | ▬ | ▬ | ▬ | ▬ | ▬ | ▬ | ▬ | ▬ | ▬ |

© 2013 Chrysler Group LLC

1

**TABLE OF CONTENTS**

1. Your Legal Rights Under These Limited Warranties . . . 4

2. What's Covered Under Chrysler Group LLC's
   Warranties . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5
   2.1 Basic Limited Warranty . . . . . . . . . . . . . . . . . . 5
   2.2 Corrosion Warranty . . . . . . . . . . . . . . . . . . . . . 8
   2.3 Restraint System Limited Warranty (Vehicles sold
       and registered in the State of Kansas only) . . . . . 9
   2.4 Powertrain Limited Warranty . . . . . . . . . . . . . . 9

3. What's Not Covered . . . . . . . . . . . . . . . . . . . . . 12
   3.1 Modifications Not Covered . . . . . . . . . . . . . . . 12
   3.2 Environmental Factors Not Covered . . . . . . . . . 13
   3.3 Maintenance Costs Not Covered . . . . . . . . . . 14
   3.4 Racing Not Covered . . . . . . . . . . . . . . . . . . . 14

3.5 Certain Kinds of Corrosion Not Covered . . . . . 15
3.6 Other Exclusions . . . . . . . . . . . . . . . . . . . . . . 15
3.7 Total Loss, Salvage, Junk, or Scrap Vehicles Not
    Covered . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16
3.8 Restricted Warranty . . . . . . . . . . . . . . . . . . . 16

4. Other Terms of Your Warranties . . . . . . . . . . . . . 17
   4.1 Exchanged Parts May Be Used in Warranty
       Repairs . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17
   4.2 Pre-Delivery Service . . . . . . . . . . . . . . . . . . . 18
   4.3 Production Changes . . . . . . . . . . . . . . . . . . . . 18

5. Emission Warranties Required By Law . . . . . . . . . 19
   5.1 Federal Emission Warranty . . . . . . . . . . . . . . 19
   5.2 Emission Performance Warranty . . . . . . . . . . . 22

2

**TABLE OF CONTENTS**

6. How to Get Warranty Service . . . . . . . . . . . . . . . 23
   6.1 Where to Take Your Vehicle . . . . . . . . . . . . . 23
   6.2 How To Get Roadside Assistance Service - U.S. or
       Canada Only * . . . . . . . . . . . . . . . . . . . . . . . . 25
   6.3 Emergency Warranty Repairs . . . . . . . . . . . . 28
   6.4 Getting Service Under the Federal Emission
       Performance Warranties . . . . . . . . . . . . . . . . 28

7. How to Deal with Warranty Problems . . . . . . . . . . 30
   7.1 Steps to Take . . . . . . . . . . . . . . . . . . . . . . . . 30
   7.2 Helpful Addresses and Telephone Numbers . . . . 34

8. Optional Service Contract . . . . . . . . . . . . . . . . . . 36

9. Maintenance . . . . . . . . . . . . . . . . . . . . . . . . . . . 37
   9.1 General Information . . . . . . . . . . . . . . . . . . . 37
   9.2 Where To Go For Maintenance . . . . . . . . . . . 37

3

**YOUR LEGAL RIGHTS UNDER THESE LIMITED WARRANTIES**

## 1. Your Legal Rights Under These Limited Warranties

The warranties contained in this booklet are the only express warranties that Chrysler Group LLC ("Chrysler") makes for your vehicle. These warranties give you specific legal rights. You may also have other rights that vary from state to state. For example, you may have some implied warranties, depending on the state where your vehicle was sold or is registered.

These implied warranties are limited, to the extent allowed by law, to the time periods covered by the express written warranties contained in this booklet.

If you use your vehicle primarily for business or commercial purposes, then these implied warranties do not apply and Chrysler completely disclaims them to the extent allowed by law. And the implied warranty of fitness for a particular purpose does not apply if your vehicle is used for racing, even if the vehicle is equipped for racing.

Some states do not allow limitations on how long an implied warranty lasts, so the above limitations may not apply to you.

## 1.1 Incidental and Consequential Damages Not Covered

Your warranties don't cover any incidental or consequential damages connected with your vehicle's failure, either while under warranty or afterward.

Examples of such damages include:
- lost time;
- inconvenience;
- the loss of the use of your vehicle;
- the cost of rental vehicles, gasoline, telephone, travel, or lodging;
- the loss of personal or commercial property; and
- the loss of revenue.

Some states don't allow incidental or consequential damages to be excluded or limited, so this exclusion may not apply to you.

4

# 2. What's Covered Under Chrysler Group LLC's Warranties

## 2.1 Basic Limited Warranty

### A. Who Is Covered?

You are covered by the Basic Limited Warranty if you are a purchaser for use of the vehicle.

### B. What's Covered

The Basic Limited Warranty covers the cost of all parts and labor needed to repair any item on your vehicle when it left the manufacturing plant that is defective in material, workmanship or factory preparation. There is no list of covered parts since the only exception are tires and Unwired headphones. You pay nothing for these repairs. These warranty repairs or adjustments — including all parts and labor connected with them — will be made by your dealer at no charge, using new or remanufactured parts.

### C. Items Covered by Other Warranties

The following are covered by separate warranties offered by their makers. They are **not covered** by the Basic Limited Warranty:

- tires;

- Unwired headphones; or

- items added or changed after your vehicle left the manufacturing plant, such as accessories or protection products, or items changed because of customization or van conversion.

Be sure you get a copy of any warranty that applies to these items from your dealer, or from the maker of the

5

**WHAT'S COVERED UNDER CHRYSLER GROUP LLC'S WARRANTIES**

product. You can find the tire and Unwired headphone warranty statements in your Owner's Literature Package.

### D. Towing Costs Are Covered Under Certain Circumstances

The Roadside Assistance covers the cost of towing your vehicle to the nearest Chrysler, Dodge, Jeep, or Ram dealer if your vehicle becomes disabled as a result of a mechanical breakdown. If you choose to go to another dealership, you will be responsible for the cost if the extra distance exceeds 10 miles. See Section 6.2 for information on how to get towing service in the United States and Canada.

### E. When It Begins

The Basic Limited Warranty begins on either of the following dates, whichever is earlier:

- the date you take delivery of the vehicle; or

- the date when the vehicle was first put into service — for example, as a dealer "demo" or as a Chrysler company vehicle.

### F. When It Ends

The Basic Limited Warranty lasts for 36 months from the date it begins or for 36,000 miles on the odometer, whichever occurs first. But the following items are covered only for 12 months or for 12,000 miles on the odometer, whichever occurs first:

- brakes (rotors, pads, linings, and drums);

- wiper blades;

- clutch discs or modular clutch assembly (as equipped);

- windshield and rear window; and

- wheel alignment and wheel balancing

6

**WHAT'S COVERED UNDER CHRYSLER GROUP LLC'S WARRANTIES**

### G. Registration and Operation Requirements

The Basic Limited Warranty covers your vehicle only if:

- it was built for sale in the U.S.;
- it's registered in the U.S.;
- it's driven mainly in the U.S. or Canada; and
- it's operated and maintained in the manner described in your Owner's Manual.

### H. If Your Vehicle Leaves the United States (We Include U.S. Possessions and Territories as Part of the United States for Warranty Purposes):

EXCEPT WHERE SPECIFICALLY REQUIRED BY LAW, THERE IS NO WARRANTY COVERAGE ON THIS VEHICLE IF IT IS SOLD IN OR REGISTERED IN COUNTRIES OTHER THAN THE UNITED STATES.

This policy does not apply to vehicles that have received authorization for export from Chrysler. Dealers may not give authorization for export. You should consult an authorized dealer to determine this vehicle's warranty coverage if you have any questions.

This policy does not apply to vehicles registered to U.S. government officials or military personnel on assignment outside of the United States.

7

**WHAT'S COVERED UNDER CHRYSLER GROUP LLC'S WARRANTIES** ████████████████████████

## 2.2 Corrosion Warranty

### A. Who Is Covered?

You are covered if you are a purchaser for use of the vehicle.

### B. What's Covered

This warranty covers the cost of all parts and labor needed to repair or replace any sheet metal panels that get holes from rust or other corrosion. If a hole occurs because of something other than corrosion, this warranty does not apply. Cosmetic or surface corrosion — resulting, for example, from stone chips or scratches in the paint — is not covered. For more details on what isn't covered by this warranty, see 3.5.

### C. How Long It Lasts

The Corrosion Warranty starts when your Basic Limited Warranty begins under 2.1(E).

This warranty has two time-and-mileage limits:

- For sheet metal panels, the limit is 36 months, with no mileage limit.

- For an outer-body sheet metal panel — one that is finish-painted and that someone can see when walking around the vehicle — the limits are 5 years or 100,000 miles on the odometer, whichever occurs first.

8

## 2.3 Restraint System Limited Warranty (Vehicles sold and registered in the State of Kansas only)

For vehicles sold and registered in the State of Kansas, seatbelts and related seatbelt components are warranted against defects in workmanship and materials for 10 years, regardless of mileage. This warranty does not cover replacement of seatbelts and related components required as the result of collision.

## 2.4 Powertrain Limited Warranty

### A. Who Is Covered?

You are covered by the Powertrain Limited Warranty if you are a purchaser for use of the vehicle.

### B. What's Covered

The Powertrain Limited Warranty covers the cost of all parts and labor needed to repair a powertrain component listed in section 2.4.E below that is defective in workmanship and materials.

### C. How Long It Lasts

The Powertrain Limited Warranty lasts for up to 5 years or 100,000 miles on the odometer, whichever occurs first, calculated from the start date of the Basic Limited Warranty, as set forth in Section 2.1(E).

### D. Towing Costs Are Covered

The Powertrain Limited Warranty covers the cost of towing your vehicle to the nearest authorized Chrysler, Dodge, Jeep or Ram dealer if your vehicle cannot be driven because a covered part has failed.

9

**WHAT'S COVERED UNDER CHRYSLER GROUP LLC'S WARRANTIES** ████████████████

If you choose to go to another dealership, you will be responsible for the cost if the extra distance exceeds 10 miles. See Section 6.2 for information on how to get towing service in the United States and Canada.

## E. Parts Covered

The Powertrain Limited Warranty covers these parts and components of your vehicle's powertrain supplied by Chrysler Group LLC:

**Gasoline Engine:**

cylinder block and all internal parts; cylinder head assemblies; timing case, timing chain, timing belt, gears and sprockets; vibration damper; oil pump; water pump and housing; intake and exhaust manifolds; flywheel with starter ring gear; core plugs; valve covers; oil pan; turbocharger housing and internal parts; turbocharger wastegate actuator; supercharger; serpentine belt tensioner; seals and gaskets for listed components only.

**Diesel Engine:**

cylinder block and all internal parts; cylinder head assemblies; core plugs; fuel injection pump and injectors; intake and exhaust manifolds; oil pan; oil pump; timing gear drive belts and/or chains and cover; turbocharger housing and internal parts; valve covers; water pump and housing; seals and gaskets for listed components; glow plugs and all sensors.

**Transmission:**

transmission case and all internal parts; torque converter; drive/flex plate; transmission range switch; speed sensors; pressure sensors; transmission control module; bell housing; oil pan; seals and gaskets for listed components only.

**NOTE:** MANUAL TRANSMISSION CLUTCH PARTS ARE NOT COVERED AT ANY TIME.

10

**Front Wheel Drive:**

transaxle case and all internal parts; axle shaft assemblies; constant velocity joints and boots; differential cover; oil pan; transaxle speed sensors; transaxle solenoid assembly; PRNDL position switch; transaxle electronic controller; torque converter; seals and gaskets for listed components only.

**NOTE:** MANUAL TRANSMISSION CLUTCH PARTS ARE NOT COVERED AT ANY TIME.

**All Wheel Drive (AWD):**

power transfer unit and all internal parts; viscous coupler; axle housing and all internal parts; constant velocity joints and boots; driveshaft and axle shaft assemblies; differential carrier assembly and all internal parts; output ball bearing; output flange; end cover; overrunning clutch; vacuum motor; torque tube; pinion spacer and shim, seals and gaskets for listed components only.

**Rear Wheel Drive:**

rear axle housing and all internal parts; axle shafts; axle shaft bearings; drive shaft assemblies; drive shaft center bearings; universal joints and yokes; seals and gaskets for listed components only.

**Four-Wheel Drive (4X4):**

transfer case and all internal parts; transfer case control module and shift mode motor assembly; axle housing and all internal parts; axle shafts; axle shaft bearings; drive shafts assemblies (front and rear); drive shaft center bearings; universal joints and yokes; disconnect housing assembly; seals and gaskets for the listed components only.

**F. Other Provisions of This Powertrain Limited Warranty**

All other terms of the New Vehicle Limited Warranty including the Section 1 (Your Rights Under These Limited Warranties) and Section 3 (What's Not Covered) apply to this Powertrain Limited Warranty.

11

WHAT'S NOT COVERED

# 3. What's Not Covered

## 3.1 Modifications Not Covered

### A. Some Modifications Don't Void the Warranties But Aren't Covered

Certain changes that you might make to your vehicle do not, by themselves, void the warranties described in this booklet. Examples of some of these changes are:

- installing non-Chrysler Group LLC ("Chrysler") parts, components, or equipment (such as a non-Chrysler radio or speed control); and

- using special non-Chrysler materials or additives.

But your warranties don't cover any part that was not on your vehicle when it left the manufacturing plant or is not certified for use on your vehicle. Nor do they cover the costs of any repairs or adjustments that might be caused or needed because of the installation or use of non-Chrysler parts, components, equipment, materials, or additives.

Performance or racing parts are considered to be non-Chrysler parts. Repairs or adjustments caused by their use are not covered under your warranties.

Examples of the types of alterations not covered are:

- installing accessories — except for genuine Chrysler / MOPAR accessories installed by an authorized Chrysler, Dodge, Jeep or Ram dealer;

- applying rustproofing or other protection products;

12

- changing the vehicle's configuration or dimensions, such as converting the vehicle into a limousine or food service vehicle; or

- using any refrigerant that Chrysler has not approved.

**B. Modifications That WILL Void Your Warranties**

These actions will void your warranties:

- disconnecting, tampering with, or altering the odometer will void your warranties, unless your repairing technician follows the legal requirements for repairing or replacing odometers; or

- attaching any device that disconnects the odometer will also void your warranties.

## 3.2 Environmental Factors Not Covered

Your warranties don't cover damage caused by environmental factors such as airborne fallout, bird droppings, insect damage, chemicals, tree sap, salt, ocean spray, acid rain, and road hazards. Nor do your warranties cover damage caused by hailstorms, windstorms, tornadoes, sandstorms, lightning, floods, and earthquakes.

Your warranties do not cover conditions resulting from anything impacting the vehicle. This includes cracks and chips in glass, scratches and chips in painted surfaces, or damage from collision.

13

**WHAT'S NOT COVERED**

## 3.3 Maintenance Costs Not Covered

Your warranties don't cover the costs of repairing damage caused by poor or improper maintenance. Nor do they cover damage caused by the use of contaminated fuels, or by the use of fuels, oils, lubricants, cleaners or fluids other than those recommended in your Owner's Manual.

The warranties don't cover the costs of your vehicle's normal or scheduled maintenance — the parts and services that all vehicles routinely need. Some of these parts and services, which your warranties don't cover, include:

- lubrication;
- engine tune-ups;
- replacing filters, coolant, spark plugs, bulbs, or fuses (unless those costs result from a covered repair);
- cleaning and polishing; and
- replacing worn wiper blades, worn brake pads and linings, or clutch linings.

## 3.4 Racing Not Covered

Your warranties don't cover the costs of repairing damage or conditions caused by racing, nor do they cover the repair of any defects that are found as the result of participating in a racing event.

14

**WHAT'S NOT COVERED**

### 3.5 Certain Kinds of Corrosion Not Covered

Your warranties don't cover the following:

- corrosion caused by accident, damage, abuse, or vehicle alteration;

- surface corrosion caused by such things as industrial fallout, sand, salt, hail, ocean spray, and stones;

- corrosion caused by the extensive or abnormal transport of caustic materials like chemicals, acids, and fertilizers; and

- corrosion of special bodies, body conversions, or equipment that was not on your vehicle when it left the manufacturing plant or was not supplied by Chrysler.

### 3.6 Other Exclusions

Your warranties don't cover the costs of repairing damage or conditions caused by any of the following:

- fire or accident;

- abuse or negligence;

- misuse — for example, driving over curbs or overloading;

- tampering with the emission systems, or with a part that could affect the emission systems;

- use of used parts, even if they were originally supplied by Chrysler (however, authorized Chrysler / MOPAR remanufactured parts are covered);

- windshield or rear window damage from external objects;

15

**WHAT'S NOT COVERED** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

- any changes made to your vehicle that don't comply with Chrysler; or

- using any fluid that doesn't meet the minimum recommendations in your Owner's Manual.

## 3.7 Total Loss, Salvage, Junk, or Scrap Vehicles Not Covered

A vehicle has no warranty coverage of any kind if:

- the vehicle is declared to be a total loss by an insurance company;

- the vehicle is rebuilt after being declared to be a total loss by an insurance company; or

- the vehicle is issued a certificate of title indicating that it is designated as "salvage," "junk," "rebuilt," "scrap," or some similar word.

16

Chrysler will deny warranty coverage without notice if it learns that a vehicle is ineligible for coverage for any of these reasons.

## 3.8 Restricted Warranty

Your warranties can also be restricted by Chrysler. Chrysler may restrict the warranty on your vehicle if the vehicle is not properly maintained, or if the vehicle is abused or neglected, and the abuse or neglect interferes with the proper functioning of the vehicle. If the warranty is restricted, coverage may be denied or subject to approval by Chrysler before covered repairs are performed.

# 4. Other Terms of Your Warranties

## 4.1 Exchanged Parts May Be Used in Warranty Repairs

In the interest of customer satisfaction, Chrysler Group LLC ("Chrysler") may offer exchange service on some vehicle parts. This service is intended to reduce the amount of time your vehicle is not available for your use because of repairs. Parts used in exchange service may be new, remanufactured, reconditioned, or repaired, depending on the part involved.

All exchange parts that might be used meet Chrysler standards, and have the same warranties as new parts.

Examples of the kinds of parts that might be serviced in this way are:

- engine assemblies;
- transmission assemblies;
- instrument cluster assemblies;
- radios, tape, CD and DVD players;
- speedometers; and
- powertrain control modules.

To help control suspected ozone-depleting agents, the EPA requires the capture, purification, and reuse of automotive air-conditioning refrigerant gases. As a result, a repair to the sealed portion of your air-conditioning system may involve the installation of purified reclaimed refrigerant.

17

**OTHER TERMS OF YOUR WARRANTIES**

### 4.2 Pre-Delivery Service

A defect in or damage to the mechanical, electrical, sheet-metal, paint, trim, and other components of your vehicle may have occurred at the factory or while it was being shipped to the dealer.

Such a defect or damage is usually detected and corrected at the factory. In addition, dealers must inspect each vehicle before delivery. They repair any defects or damage detected before the vehicle is delivered to you.

### 4.3 Production Changes

Changes may be made in vehicles sold by Chrysler and its dealers at any time without incurring any obligation to make the same or similar changes on vehicles previously built or sold.

18

# 5. Emission Warranties Required By Law

## 5.1 Federal Emission Warranty

### A. Parts Covered for 2 Years or 24,000 Miles

Federal law requires Chrysler Group LLC ("Chrysler") to warrant the following emissions parts for 2 years or 24,000 miles, whichever occurs first. Chrysler covers all of these parts under the Basic Limited Warranty for 3 years or 36,000 miles, whichever occurs first.

**Gas**

- Air system controls
- distributor and its components
- electronic fuel injection system, including injector
- evaporative-emission canister and controls
- exhaust manifold
- exhaust gas recirculation valve and control system
- exhaust pipes (between exhaust manifold and catalyst)
- fuel cap and tank assembly, pump, and fuel lines
- ignition coil and ignition module
- intake manifold
- on-board diagnostic-system components

19

**EMISSION WARRANTIES REQUIRED BY LAW** ███████████████████████

- oxygen sensors
- positive crankcase-ventilation (PCV) valve or orifice
- secondary ignition wires
- spark plugs
- throttle body
- transmission-control module
- vacuum hoses, clamps, and fittings, as well as tubing used for these components
- vacuum, temperature, altitude, speed, time-sensitive valves, sensors, and switches used in these components and systems

**Diesel**

- Charge air cooler
- crankcase ventilation system
- electronic fuel injection system, including injectors
- exhaust gas recirculation valve & control system
- exhaust manifold
- fuel cap & tank assembly, pump, & fuel lines
- glow plugs
- intake manifold
- mass air flow sensor
- nitrous oxide sensors

20

**EMISSION WARRANTIES REQUIRED BY LAW**

- on-board diagnostic-system components

- oxygen sensors

- particulate matter sensor

- throttle body

- transmission control module

- turbocharger

- urea (DEF) tank & control system

- vacuum hoses, clamps, & fittings, as well as tubing used for these components

- vacuum, temperature, altitude, speed, time sensitive valves, sensors, & switches used in these components

**B.  Parts Covered for 8 years or 80,000 miles**

If your vehicle has one of the following parts, this Federal Emission Warranty covers that part for a period of 8 years or 80,000 miles, whichever occurs first, calculated from the start of the Basic Limited Warranty as set forth in Section 2.1(E). The covered parts are:

- catalytic converter

- powertrain control module

- oxidation catalyst/particulate filter assembly - 3.0L

- selective catalytic reduction catalyst assembly - 3.0L

21

**EMISSION WARRANTIES REQUIRED BY LAW** ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

### 5.2 Emission Performance Warranty

This warranty supplements the federal warranty under 5.1. It lasts for 2 years or 24,000 miles on the odometer, whichever occurs first. If your vehicle has one of the following parts, catalytic converter and powertrain control module, this Federal Emission Warranty covers that part for a period of 8 years or 80,000 miles, whichever occurs first. These limits are counted from the time when your Basic Limited Warranty begins under 2.1(E). The Emission Performance Warranty covers the cost of repairing or adjusting any components or parts that might be needed for your vehicle to pass Federal Emission Standards for a federally approved state or local emissions test, but only if:

- your vehicle has failed a federally approved state or local emissions test;

- your vehicle has been maintained and operated properly up until it fails such a test; and

- you face a real penalty — for example, a fine or the loss of the use of your vehicle — because the vehicle has failed the test.

Section 6.4 explains how to get service under this warranty.

22

# 6.  How to Get Warranty Service

## 6.1  Where to Take Your Vehicle

**A. In the United States (We Include U.S. Possessions and Territories as Part of the United States for Warranty Purposes):**

Warranty service must be done by an authorized Chrysler, Dodge, Jeep or Ram dealer. We strongly recommend that you take your vehicle to your Selling Dealer. They know you and your vehicle best, and are most concerned that you get prompt and high quality service. If you move within the United States, warranty service may be requested from any authorized Chrysler, Dodge, Jeep or Ram dealer.

**B. In Canada and Mexico:**

If you are traveling temporarily in Canada or Mexico, and your vehicle remains registered in the United States, your Chrysler warranty still applies. Service may be requested at any authorized Chrysler, Dodge, Jeep or Ram dealership.

**C. In a Foreign Country Outside of North America:**

If you are traveling temporarily outside of North America, and your vehicle remains registered in the United States:

- You should take your vehicle to an authorized Chrysler, Dodge, Jeep or Ram dealer. They should give you the same warranty service you receive in the United States.

23

**HOW TO GET WARRANTY SERVICE** ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

- If the authorized dealership charges you for repairs which you feel should be covered under your warranty, please get a detailed receipt for the work done. Make sure that this receipt lists all warranty repairs and parts that were involved. (This receipt will be similar to the one used by the dealer who normally services your vehicle.)

- When your vehicle returns to the United States, contact the Chrysler Customer Assistance Center (section 7.2) for reimbursement consideration. You will normally need to provide a copy of the receipt, your vehicle registration and any other relevant documents.

- Reimbursement will not be considered if the vehicle does not return to the United States.

24

**D. If You Move:**

If you move to another country, be sure to contact the Chrysler Customer Assistance Center (section 7.2) and the customs department of the destination country before you move. Vehicle importation rules vary considerably from country to country. You may be required to present documentation of your move to Chrysler in order to continue your warranty coverage. You may also be required to obtain documentation from Chrysler in order to register your vehicle in your new country.

**E. Notice:**

If your vehicle is registered outside of the United States, and you have not followed the procedure set out above, your vehicle will no longer be eligible for warranty coverage of any kind. (Vehicles registered to United States government officials or military personnel on assignment outside of the U.S. will continue to be covered.)

## 6.2  How To Get Roadside Assistance Service - U.S. or Canada Only *

### A.  Who Is Covered:

You are covered by the Roadside Assistance services if you are a purchaser for use of the vehicle. The Roadside Assistance services lasts for 5 years or 100,000 miles on the odometer, whichever occurs first, calculated from the start date of the Basic Limited Warranty, as set forth in Section 2.1(E).

### B.  What To Do:

If your vehicle requires jump start assistance, out of gas/fuel delivery, tire service, lockout service or towing as a result of a mechanical breakdown, dial toll-free 1-800-521-2779. Provide your name, vehicle identification number, license plate number, and your location, including the telephone number from which you are calling. Briefly describe the nature of the problem and answer a few simple questions.

You will be given the name of the service provider and an estimated time of arrival. If you feel you are in an "unsafe situation", please let us know. With your consent, we will contact local police or safety authorities.

---

* Towing services provided through Cross Country Motor Club, Inc., Medford, MA 02155, except in AK, CA, HI, OR, WI, and WY, where services are provided by Cross Country Motor Club of California, Inc., Medford,, MA 02155.

25

**HOW TO GET WARRANTY SERVICE** ████████████████████████████

### C. Covered Services:

**Flat Tire Service**

If you are inconvenienced by a flat tire, we will dispatch a service provider to use your vehicle's temporary spare tire (if equipped) as recommended in your Owner's Manual. This is not a permanent flat tire repair.

**Out of Gas/Fuel Delivery**

Drivers can't always count on a gas station being nearby - especially when traveling away from home. Just call 1-800-521-2779, and we will dispatch a service provider to deliver a small amount of fuel (maximum 2 gallons) to get you to a nearby station.

**Battery Jump Assistance**

No time is a good time for a dead battery, but with Roadside Assistance, you don't have to worry about being stranded. We will dispatch a service provider to provide you with a battery jump anytime, day or night.

**Lockout Service**

Whether the keys are locked in your vehicle or frozen locks are keeping you from getting on your way, help is just a phone call away at 1-800-521-2779. This service is limited to providing access to the vehicle's seating area. It does not cover the cost of replacement keys.

**HOW TO GET WARRANTY SERVICE**

**Towing Service**

Our towing service gives you peace of mind and confidence. If your vehicle becomes disabled as a result of a mechanical breakdown, Roadside Assistance will dispatch towing service to transport your vehicle to the closest authorized Chrysler, Dodge, Jeep or Ram dealer. If you choose to go to another dealership, you will be responsible for the cost if the extra distance exceeds 10 miles.

**D. If Unable to Contact Roadside Assistance:**

If you are unable to contact Roadside Assistance and you obtain towing services on your own, you may submit your original receipts from the licensed towing or service facility, for services rendered within 30 days of the occurrence. Be sure to include your vehicle identification number, odometer mileage at the time of service and current mailing address. We will process the claim based on vehicle and service eligibility. If eligible, we will reimburse you for the reasonable amounts you actually paid, based on the usual and customary charges for that service in the area where they were provided. Chrysler Group LLC's determination relating to reimbursement are final. Correspondence should be mailed to:

Chrysler Towing Assistance
P.O. Box 9145
Medford, MA 02155
Attention: Claims Department

27

1

## 6.3 Emergency Warranty Repairs

If you have an emergency and have to get a warranty repair made by someone other than an authorized Chrysler, Dodge, Jeep or Ram dealer, follow the reimbursement procedure in 6.1(C).

## 6.4 Getting Service Under the Federal Emission Performance Warranties

### A. What to Do

If your vehicle has failed an emissions test described in 5.2:

- Take it to an authorized Chrysler, Dodge, Jeep or Ram dealer as soon as possible.

- Give the service representative the printout showing that your vehicle failed the test.

- If possible, bring all service receipts, maintenance logs, and records proving that your vehicle has been properly maintained, since you may be required to show them.

28

HOW TO GET WARRANTY SERVICE

## B. Further Steps You Can Take, and How to Get More Information

If you think your dealer has wrongly denied you emission-warranty coverage, follow the steps described in 7.1. Chrysler will reply to you in writing within 30 days after receiving your complaint (or within the time limit required by local or state law). If the owner is not notified within 30 days that a performance warranty claim is denied, the manufacturer must repair the vehicle free of charge.

If you want more information about getting service under the Federal Emission Warranty or the Performance Warranty, or if you want to report what you think is a violation of these warranties, you can contact:

Manager, Certification and Compliance
Division Warranty Claims
Environmental Protection Agency
1200 Pennsylvania Avenue, NW
Mail Code 6403J
Washington, D. C. 20460

29

# 7. How to Deal with Warranty Problems

## 7.1 Steps to Take

### A. In General

Normally, warranty problems can be resolved by your dealer's sales or service departments. That's why you should always talk to your dealer's service manager or sales manager first. But if you're not satisfied with your dealer's response to your problem, Chrysler Group LLC ("Chrysler") recommends that you do the following:

#### Step 1:

Discuss your problem with the owner or general manager of the dealership.

#### Step 2:

If your dealership still can't resolve the problem, contact the Chrysler Customer Assistance Center. You'll find the address in section 7.2.

### B. What Chrysler Will Do

Once you have followed the two steps described in 7.1(A), a Chrysler representative at Chrysler headquarters will review your situation. If it's something that Chrysler can help you with, Chrysler will provide your dealer with all the information and assistance necessary to resolve the problem. Even if Chrysler can't help you, Chrysler will acknowledge your contact and explain Chrysler's position.

30

**HOW TO DEAL WITH WARRANTY PROBLEMS**

**C. If Your Problem Still Isn't Resolved For Customers Residing in Arkansas, Idaho, Kentucky, Minnesota and Montana ONLY:**
(NOTE: This Process is not available for residents of other states.)

If you can't resolve your warranty problem after following the two steps described in 7.1(A), and you live in Arkansas, Idaho, Kentucky, Minnesota or Montana ONLY, you can contact the Chrysler Group LLC Customer Arbitration Process in your area.

You may obtain a brochure describing Chrysler Group LLC's Customer Arbitration Process, including an application, by calling (877) 426-5337. This service is strictly voluntary, and you may submit your dispute directly to the Customer Arbitration Process (CAP) at no cost. The CAP is administered by an independent dispute settlement organization and may be contacted in writing at the following address:

National Center for Dispute Settlement
P.O. Box 727
Mt. Clemens, MI 48046

The CAP reviews only vehicle disputes involving Chrysler Group LLC ("Chrysler") Limited Warranty or a Chrysler / Mopar Part Limited Warranty. The CAP does not review disputes involving the sale of a new or used vehicle, personal injury/property damage claims, disputes relating to design of the vehicle or part, or disputes which are already the subject of litigation.

31

**HOW TO DEAL WITH WARRANTY PROBLEMS**

The CAP will need the following information from you: 1) Legible copies of all documents and repair orders relevant to your case, 2) Vehicle identification number of your vehicle, 3) A brief description of your unresolved concern, 4) The identity of your servicing/selling dealer, 5) The date(s) of repair(s) and mileage at the time, 6) Current mileage, and 7) A description of the action you expect to resolve your concern.

Upon receipt of your request:

- The National Center for Dispute Settlement (NCDS) will acknowledge receipt of your request, by mail, within ten (10) days, and advise you whether or not your dispute is within the jurisdiction of the Process.

- When your request is within jurisdiction NCDS will request Chrysler and the dealer to present their side of the dispute. You will receive copies of their responses.

- While your dispute is pending NCDS or Chrysler may contact you to see if your case can be settled by agreement. If a settlement is offered to you, Chrysler will ask you to sign a form that contains that settlement. Your case will then be closed. There is no requirement for you to participate in this settlement process.

- If you requested an oral hearing, a decision-maker will contact you to arrange a convenient time and place for a hearing. Usually, this will be at a dealership near you.

32

**HOW TO DEAL WITH WARRANTY PROBLEMS**

- If you request a documents-only review, an NCDS panel will review and decide your case. Neither you, the dealer nor Chrysler need be present.

- NCDS will send you a written Statement of Decision. This statement will include the decision, any action to be taken by the dealer or Chrysler and the time by which the action must be taken. The decision will be binding on the dealer and Chrysler but not on you unless you accept the decision.

- If any action is required on the part of the dealer or Chrysler you will be contacted within ten (10) days after the date by which the dealer or Chrysler must act to determine whether performance has been rendered.

- The entire dispute settlement process will normally take no longer than 40 days.

- The CAP dispute settlement procedure does not take the place of any state or Federal legal remedies available to you. Whether or not you decide to submit your dispute to the Process, you are free to pursue other legal remedies.

33

**HOW TO DEAL WITH WARRANTY PROBLEMS**

### D. Notice Under State Lemon Laws

Some states have laws allowing you to get a replacement vehicle or a refund of the vehicle's purchase price under certain circumstances. These laws vary from state to state. If your state law allows, Chrysler requires that you first notify us in writing of any service difficulty that you may have experienced so that we can have a chance to make any needed repairs before you are eligible for remedies provided by these laws. In all other states, we ask that you give us written notice of any service difficulty. Send your written notice to the Chrysler Customer Assistance Center at the address in 7.2.

## 7.2 Helpful Addresses and Telephone Numbers

Here are the addresses and telephone numbers of the Chrysler Customer Assistance Center that can help you wherever you happen to be. Contact the one that covers your area:

- **In the United States:**
  **Chrysler Customer Assistance Center**
  P.O. Box 21-8004
  Auburn Hills, Michigan 48321-8004
  Phone: (877) 426-5337

**To contact Chrysler by email,**
simply access the following website:
www.jeep.com
(click on the "Contact Us" button)

34

**HOW TO DEAL WITH WARRANTY PROBLEMS**

- **In Canada:**
  **Chrysler Canada, Inc.**
  **Customer Service**
  Chrysler Centre
  P.O. Box 1621
  Windsor, Ontario N9A-4H6
  Phone: (800) 465-2001

- **In Mexico, contact the Customer Relations Office for Chrysler, Dodge, Jeep and Ram vehicles at:**
  1240 Prolongacion Paseo de la Reforma Av.
  Santa Fe, C.P. 05109
  Deleg. Cuajimalpa, Mexico
  Phone (in Mexico): (015) 5081-7568
  Phone (outside Mexico): (800) 505-1300

- **In Puerto Rico and U.S. Virgin Islands:**
  **Customer Service**
  Chrysler Group International Services LLC
  San Juan, Puerto Rico 00919-1857
  Box 191857
  Phone: (787) 782-5757
  Fax: (787) 782-3345

35

**OPTIONAL SERVICE CONTRACT**

# 8. Optional Service Contract

Chrysler Group LLC's or Chrysler Service Contract Company LLC's optional service contracts offer valuable protection against repair costs when these warranties don't apply. They compliment but don't replace the warranty coverages outlined in this booklet. Several plans are available, covering various time-and-mileage periods and various sets of components. (Service contracts aren't available if you live in a U.S. possession or territory.) Ask your dealer for details.

# 9. Maintenance

## 9.1 General Information

It's your responsibility to properly maintain and operate your new vehicle. Follow the instructions contained in the General and Scheduled Maintenance Service guidelines in your Owner's Manual. Regular, scheduled maintenance is essential to trouble-free operation. If there is a dispute between you and Chrysler Group LLC ("Chrysler") concerning your maintenance of your vehicle, Chrysler will require you to provide proof that your vehicle was properly maintained.

For your convenience, Chrysler has prepared a Maintenance Log which is included in your Owner's Manual. You should use this Maintenance Log to keep track of scheduled maintenance, either by routinely having the repairs entered in your Maintenance Log, or by keeping receipts or other documentation of work you've had done on your vehicle in your Maintenance Log.

## 9.2 Where To Go For Maintenance

Chrysler recommends that you return to the dealer from whom you bought your vehicle for all maintenance service both during and after the warranty periods. Although you can get warranty service from any dealer who sells your particular make, returning to your selling dealer will help ensure that all your service needs are met and that you're completely satisfied. The dealership technicians are specifically trained to proficiently perform maintenance and repair procedures on your Chrysler Group LLC vehicle.

Authorized Chrysler, Dodge, Jeep or Ram dealers will help ensure that all your service needs are met and that you're completely satisfied. Chrysler strongly recommends you use genuine Chrysler / MOPAR parts to maintain your vehicle.

37

**NOTES** ████████████████████████████████████████████████████

38

**NOTES**

NOTES ████████████████████████████████████████████████████████

40

Original Owner's Name

Street Address

City and State                                    Zip Code

| | | | | | | | | | | | | | | | | |
Vehicle Identification Number

Warranty Start Date (In-Service Date)          Mileage at Delivery

Selling Dealer                                    Code

City                                              State

Second Owner's Name

Street Address

City and State                                    Zip Code

Date of Second Purchase          Mileage at Purchase

Third Owner's Name

Street Address

City and State                                    Zip Code

Date of Third Purchase          Mileage at Purchase

Warranty coverage applies to all vehicle owners. To protect you in the event of a recall or any questions concerning your warranty, please tell your dealer about any ownership or address change, and write the details here.



**STICK WITH THE SPECIALISTS***



**Chrysler Group LLC**

14GENJ-026-AC

Third Edition Rev 1

Printed in U.S.A.

**CM-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| TIONNA DOLIN (SBN 299010); MARK GIBSON (SBN 258216)<br>Strategic Legal Practices, APC.<br>1888 Century Park East, 19th Floor<br>Los Angeles, California 90067<br>TELEPHONE NO.: (310) 929-4900   FAX NO.: (310) 943-3838<br>ATTORNEY FOR *(Name):* Plaintiffs KIMBERLY HOLDSWORTH | ELECTRONICALLY FILED<br>Superior Court of California,<br>County of San Diego<br>08/04/2022 at 01:14:34 PM<br>Clerk of the Superior Court<br>By Brandon Krause, Deputy Clerk |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF **SAN DIEGO**
STREET ADDRESS: 330 West Broadway
MAILING ADDRESS: Same
CITY AND ZIP CODE: San Diego, CA 92101
BRANCH NAME: Hall of Justice

CASE NAME:
KIMBERLY HOLDSWORTH V. FCA US, LLC, et al.

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: 37-2022-00030990-CU-BC-CTL |
|---|---|---|
| [✓] Unlimited (Amount demanded exceeds $25,000)  [ ] Limited (Amount demanded is $25,000 or less) | [ ] Counter   [ ] Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | JUDGE: Judge Keri Katz<br>DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

**Auto Tort**
- [ ] Auto (22)
- [ ] Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
- [ ] Asbestos (04)
- [ ] Product liability (24)
- [ ] Medical malpractice (45)
- [ ] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
- [ ] Business tort/unfair business practice (07)
- [ ] Civil rights (08)
- [ ] Defamation (13)
- [ ] Fraud (16)
- [ ] Intellectual property (19)
- [ ] Professional negligence (25)
- [ ] Other non-PI/PD/WD tort (35)

**Employment**
- [ ] Wrongful termination (36)
- [ ] Other employment (15)

**Contract**
- [✓] Breach of contract/warranty (06)
- [ ] Rule 3.740 collections (09)
- [ ] Other collections (09)
- [ ] Insurance coverage (18)
- [ ] Other contract (37)

**Real Property**
- [ ] Eminent domain/Inverse condemnation (14)
- [ ] Wrongful eviction (33)
- [ ] Other real property (26)

**Unlawful Detainer**
- [ ] Commercial (31)
- [ ] Residential (32)
- [ ] Drugs (38)

**Judicial Review**
- [ ] Asset forfeiture (05)
- [ ] Petition re: arbitration award (11)
- [ ] Writ of mandate (02)
- [ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
- [ ] Antitrust/Trade regulation (03)
- [ ] Construction defect (10)
- [ ] Mass tort (40)
- [ ] Securities litigation (28)
- [ ] Environmental/Toxic tort (30)
- [ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
- [ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
- [ ] RICO (27)
- [ ] Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
- [ ] Partnership and corporate governance (21)
- [ ] Other petition *(not specified above)* (43)

2. This case [ ] is  [✓] is not  complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [ ] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):* a. [✓] monetary  b. [ ] nonmonetary; declaratory or injunctive relief  c. [ ] punitive
4. Number of causes of action *(specify):* six (6)
5. This case [ ] is  [✓] is not  a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: 07/29/2022

TIONNA DOLIN
(TYPE OR PRINT NAME)                                              (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use<br>
Judicial Council of California<br>
CM-010 [Rev. July 1, 2007]

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;<br>
Cal. Standards of Judicial Administration, std. 3.10<br>
www.courtinfo.ca.gov

**CM-010**

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both in a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)–Personal Injury/Property Damage/Wrongful Death
Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
Asbestos (04)
  Asbestos Property Damage
  Asbestos Personal Injury/ Wrongful Death
Product Liability *(not asbestos or toxic/environmental)* (24)
Medical Malpractice (45)
  Medical Malpractice– Physicians & Surgeons
  Other Professional Health Care Malpractice
Other PI/PD/WD (23)
  Premises Liability (e.g., slip and fall)
  Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
  Intentional Infliction of Emotional Distress
  Negligent Infliction of Emotional Distress
  Other PI/PD/WD
**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business Practice (07)
Civil Rights (e.g., discrimination, false arrest) *(not civil harassment)* (08)
Defamation (e.g., slander, libel) (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
  Legal Malpractice
  Other Professional Malpractice *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)
**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
  Breach of Rental/Lease Contract *(not unlawful detainer or wrongful eviction)*
  Contract/Warranty Breach–Seller Plaintiff *(not fraud or negligence)*
  Negligent Breach of Contract/ Warranty
  Other Breach of Contract/Warranty
Collections (e.g., money owed, open book accounts) (09)
  Collection Case–Seller Plaintiff
  Other Promissory Note/Collections Case
Insurance Coverage *(not provisionally complex)* (18)
  Auto Subrogation
  Other Coverage
Other Contract (37)
  Contractual Fraud
  Other Contract Dispute
**Real Property**
Eminent Domain/Inverse Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
  Writ of Possession of Real Property
  Mortgage Foreclosure
  Quiet Title
  Other Real Property *(not eminent domain, landlord/tenant, or foreclosure)*
**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)*
**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
  Writ–Administrative Mandamus
  Writ–Mandamus on Limited Court Case Matter
  Writ–Other Limited Court Case Review
Other Judicial Review (39)
  Review of Health Officer Order
  Notice of Appeal–Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims *(arising from provisionally complex case type listed above)* (41)
**Enforcement of Judgment**
Enforcement of Judgment (20)
  Abstract of Judgment (Out of County)
  Confession of Judgment *(non-domestic relations)*
  Sister State Judgment
  Administrative Agency Award *(not unpaid taxes)*
  Petition/Certification of Entry of Judgment on Unpaid Taxes
  Other Enforcement of Judgment Case
**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified above)* (42)
  Declaratory Relief Only
  Injunctive Relief Only *(non-harassment)*
  Mechanics Lien
  Other Commercial Complaint Case *(non-tort/non-complex)*
  Other Civil Complaint *(non-tort/non-complex)*
**Miscellaneous Civil Petition**
Partnership and Corporate Governance (21)
Other Petition *(not specified above)* (43)
  Civil Harassment
  Workplace Violence
  Elder/Dependent Adult Abuse
  Election Contest
  Petition for Name Change
  Petition for Relief From Late Claim
  Other Civil Petition

**CIVIL CASE COVER SHEET**



**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO**

**ALTERNATIVE DISPUTE RESOLUTION (ADR) INFORMATION**

CASE NUMBER: 37-2022-00030990-CU-BC-CTL        CASE TITLE: Holdsworth vs FCA US LLC [Imaged]

<u>NOTICE:</u> All plaintiffs/cross-complainants in a general civil case are required to serve a copy of the following three forms on each defendant/cross-defendant, together with the complaint/cross-complaint:
        **(1) this Alternative Dispute Resolution (ADR) Information form (SDSC form #CIV-730),**
        **(2) the Stipulation to Use Alternative Dispute Resolution (ADR) form (SDSC form #CIV-359), _and_**
        **(3) the Notice of Case Assignment form (SDSC form #CIV-721).**

Most civil disputes are resolved without filing a lawsuit, and most civil lawsuits are resolved without a trial. The courts, community organizations, and private providers offer a variety of Alternative Dispute Resolution (ADR) processes to help people resolve disputes without a trial. The San Diego Superior Court expects that litigants will utilize some form of ADR as a mechanism for case settlement before trial, and it may be beneficial to do this early in the case.

Below is some information about the potential advantages and disadvantages of ADR, the most common types of ADR, and how to find a local ADR program or neutral. A form for agreeing to use ADR is attached (SDSC form #CIV-359).

<u>Potential Advantages and Disadvantages of ADR</u>
ADR may have a variety of advantages or disadvantages over a trial, depending on the type of ADR process used and the particular case:

| **Potential Advantages** | **Potential Disadvantages** |
|---|---|
| • Saves time | • May take more time and money if ADR does not resolve the dispute |
| • Saves money | • Procedures to learn about the other side's case (discovery), jury trial, appeal, and other court protections may be limited or unavailable |
| • Gives parties more control over the dispute resolution process and outcome | |
| • Preserves or improves relationships | |

<u>Most Common Types of ADR</u>
You can read more information about these ADR processes and watch videos that demonstrate them on the court's ADR webpage at http://www.sdcourt.ca.gov/adr.

**Mediation:** A neutral person called a "mediator" helps the parties communicate in an effective and constructive manner so they can try to settle their dispute. The mediator does not decide the outcome, but helps the parties to do so. Mediation is usually confidential, and may be particularly useful when parties want or need to have an ongoing relationship, such as in disputes between family members, neighbors, co-workers, or business partners, or when parties want to discuss non-legal concerns or creative resolutions that could not be ordered at a trial.

**Settlement Conference:** A judge or another neutral person called a "settlement officer" helps the parties to understand the strengths and weaknesses of their case and to discuss settlement. The judge or settlement officer does not make a decision in the case but helps the parties to negotiate a settlement. Settlement conferences may be particularly helpful when the parties have very different ideas about the likely outcome of a trial and would like an experienced neutral to help guide them toward a resolution.

**Arbitration:** A neutral person called an "arbitrator" considers arguments and evidence presented by each side and then decides the outcome of the dispute. Arbitration is less formal than a trial, and the rules of evidence are usually relaxed. If the parties agree to binding arbitration, they waive their right to a trial and agree to accept the arbitrator's decision as final. With nonbinding arbitration, any party may reject the arbitrator's decision and request a trial. Arbitration may be appropriate when the parties want another person to decide the outcome of their dispute but would like to avoid the formality, time, and expense of a trial.

**Other ADR Processes:** There are several other types of ADR which are not offered through the court but which may be obtained privately, including neutral evaluation, conciliation, fact finding, mini-trials, and summary jury trials. Sometimes parties will try a combination of ADR processes. The important thing is to try to find the type or types of ADR that are most likely to resolve your dispute. Be sure to learn about the rules of any ADR program and the qualifications of any neutral you are considering, and about their fees.

## Local ADR Programs for Civil Cases

**Mediation:** The San Diego Superior Court maintains a Civil Mediation Panel of approved mediators who have met certain minimum qualifications and have agreed to charge $150 per hour for each of the first two (2) hours of mediation and their regular hourly rate thereafter in court-referred mediations.

On-line mediator search and selection: Go to the court's ADR webpage at www.sdcourt.ca.gov/adr and click on the "Mediator Search" to review individual mediator profiles containing detailed information about each mediator including their dispute resolution training, relevant experience, ADR specialty, education and employment history, mediation style, and fees and to submit an on-line Mediator Selection Form (SDSC form #CIV-005). The Civil Mediation Panel List, the Available Mediator List, individual Mediator Profiles, and Mediator Selection Form (CIV-005) can also be printed from the court's ADR webpage and are available at the Mediation Program Office or Civil Business Office at each court location.

**Settlement Conference:** The judge may order your case to a mandatory settlement conference, or voluntary settlement conferences may be requested from the court if the parties certify that: (1) settlement negotiations between the parties have been pursued, demands and offers have been tendered in good faith, and resolution has failed; (2) a judicially supervised settlement conference presents a substantial opportunity for settlement; and (3) the case has developed to a point where all parties are legally and factually prepared to present the issues for settlement consideration and further discovery for settlement purposes is not required. Refer to SDSC Local Rule 2.2.1 for more information. To schedule a settlement conference, contact the department to which your case is assigned.

**Arbitration:** The San Diego Superior Court maintains a panel of approved judicial arbitrators who have practiced law for a minimum of five years and who have a certain amount of trial and/or arbitration experience. Refer to SDSC Local Rules Division II, Chapter III and Code Civ. Proc. § 1141.10 et seq or contact the Arbitration Program Office at (619) 450-7300 for more information.

More information about court-connected ADR: Visit the court's ADR webpage at www.sdcourt.ca.gov/adr or contact the court's Mediation/Arbitration Office at (619) 450-7300.

**Dispute Resolution Programs Act (DRPA) funded ADR Programs:** The following community dispute resolution programs are funded under DRPA (Bus. and Prof. Code §§ 465 et seq.):
- In Central, East, and South San Diego County, contact the National Conflict Resolution Center (NCRC) at www.ncrconline.com or (619) 238-2400.
- In North San Diego County, contact North County Lifeline, Inc. at www.nclifeline.org or (760) 726-4900.

**Private ADR:** To find a private ADR program or neutral, search the Internet, your local telephone or business directory, or legal newspaper for dispute resolution, mediation, settlement, or arbitration services.

## Legal Representation and Advice

To participate effectively in ADR, it is generally important to understand your legal rights and responsibilities and the likely outcomes if you went to trial. ADR neutrals are not allowed to represent or to give legal advice to the participants in the ADR process. If you do not already have an attorney, the California State Bar or your local County Bar Association can assist you in finding an attorney. Information about obtaining free and low cost legal assistance is also available on the California courts website at *www.courtinfo.ca.gov/selfhelp/lowcost*.

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO**

STREET ADDRESS: 330 W Broadway
MAILING ADDRESS: 330 W Broadway
CITY AND ZIP CODE: San Diego, CA 92101-3827
DIVISION: Central
TELEPHONE NUMBER: (619) 450-7074

PLAINTIFF(S) / PETITIONER(S): Kimberly Holdsworth

DEFENDANT(S) / RESPONDENT(S): FCA US LLC et.al.

HOLDSWORTH VS FCA US LLC [IMAGED]

| NOTICE OF CASE ASSIGNMENT AND CASE MANAGEMENT CONFERENCE (CIVIL) | CASE NUMBER:<br>37-2022-00030990-CU-BC-CTL |
| --- | --- |

**CASE ASSIGNED FOR ALL PURPOSES TO:**

Judge: Keri Katz               Department: C-74

**COMPLAINT/PETITION FILED:** 08/04/2022

| TYPE OF HEARING SCHEDULED | DATE | TIME | DEPT | JUDGE |
| --- | --- | --- | --- | --- |
| Civil Case Management Conference | 01/06/2023 | 10:30 am | C-74 | Keri Katz |

**Due to the COVID-19 pandemic, all Case Management Conferences (CMCs) are being conducted virtually unless there is a court order stating otherwise.** Prior to the hearing date, visit the "virtual hearings" page for the most current instructions on how to appear for the applicable case-type/department on the court's website at www.sdcourt.ca.gov.

A Case Management Statement (JC Form #CM-110) must be completed by counsel for all parties and by all self-represented litigants and timely filed with the court at least 15 days prior to the initial CMC. (San Diego Superior Court (SDSC) Local Rules, rule 2.1.9; Cal. Rules of Court, rule 3.725).

All counsel of record and self-represented litigants must appear at the CMC, be familiar with the case, and be fully prepared to participate effectively in the hearing, including discussions of Alternative Dispute Resolution (ADR) options.

It is the duty of each plaintiff (and cross-complainant) to serve a copy of this Notice of Case Assignment and Case Management Conference (SDSC Form #CIV-721) with the complaint (and cross-complaint), the Alternative Dispute Resolution (ADR) Information Form (SDSC Form # CIV-730), a Stipulation to Use Alternative Dispute Resolution (ADR) (SDSC Form # CIV-359), and other documents on all parties to the action as set out in SDSC Local Rules, rule 2.1.5.

**TIME FOR SERVICE AND RESPONSE:** The following rules apply to civil cases except for collections cases under California Rules of Court, rule 3.740(a), unlawful detainer actions, proceedings under the Family Code, and other proceedings for which different service requirements are prescribed by law (Cal. Rules of Court, rule 3.110; SDSC Local Rules, rule 2.1.5):
- **Service:** The complaint must be served on all named defendants, and proof of service filed with the court within 60 days after filing the complaint. An amended complaint adding a defendant must be served on the added defendant and proof of service filed within 30 days after filing of the amended complaint. A cross-complaint against a party who has appeared in the action must be accompanied by proof of service on that party at the time it is filed. If it adds a new party, the cross-complaint must be served on all parties and proof of service on the new party must be filed within 30 days of the filing of the cross-complaint.
- **Defendant's appearance:** Unless a special appearance is made, each defendant served must generally appear (as defined in Code of Civ. Proc. § 1014) within 30 days of service of the complaint/cross-complaint.
- **Extensions:** The parties may stipulate without leave of court to one 15-day extension beyond the 30-day time period prescribed for the response after service of the initial complaint (SDSC Local Rules, rule 2.1.6). If a party fails to serve and file pleadings as required under this rule, and has not obtained an order extending time to serve its pleadings, the court may issue an order to show cause why sanctions shall not be imposed.

**JURY FEES:** In order to preserve the right to a jury trial, one party for each side demanding a jury trial shall pay an advance jury fee in the amount of one hundred fifty dollars ($150) on or before the date scheduled for the initial case management conference in the action.

**COURT REPORTERS:** Official Court Reporters are not normally available in civil matters, but may be requested in certain situations no later than 10 days before the hearing date. See SDSC Local Rules, rule 1.2.3 and Policy Regarding Normal Availability and Unavailability of Official Court Reporters (SDSC Form #ADM-317) for further information.

**ALTERNATIVE DISPUTE RESOLUTION (ADR):** The court discourages any unnecessary delay in civil actions; therefore, continuances are discouraged and timely resolution of all actions, including submitting to any form of ADR is encouraged. The court encourages and expects the parties to consider using ADR options prior to the CMC. The use of ADR will be discussed at the CMC. Prior to the CMC, parties stipulating to the ADR process may file the Stipulation to Use Alternative Dispute Resolution (SDSC Form #CIV-359).

## NOTICE OF E-FILING REQUIREMENTS
## AND IMAGED DOCUMENTS

Effective April 15, 2021, e-filing is required for attorneys in represented cases in all limited and unlimited civil cases, pursuant to the San Diego Superior Court General Order: In Re Procedures Regarding Electronically Imaged Court Records, Electronic Filing and Access to Electronic Court Records in Civil and Probate Cases. Additionally, you are encouraged to review CIV-409 for a listing of documents that are not eligible for e-filing. E-filing is also encouraged, but not mandated, for self-represented litigants, unless otherwise ordered by the court. All e-filers are required to comply with the e-filing requirements set forth in Electronic Filing Requirements (Civil) (SDSC Form #CIV-409) and Cal. Rules of Court, rules 2.250-2.261.

All Civil cases are assigned to departments that are part of the court's "Imaging Program." This means that original documents filed with the court will be imaged, held for 30 days, and then destroyed, with the exception of those original documents the court is statutorily required to maintain. The electronic copy of the filed document(s) will be the official court record, pursuant to Government Code § 68150. Thus, original documents should not be attached to pleadings filed with the San Diego Superior Court, unless it is a document for which the law requires an original be filed. Any original documents necessary for a motion hearing or trial shall be lodged in advance of the hearing pursuant to California Rules of Court, rule 3.1302(b).

It is the duty of each plaintiff, cross-complainant, or petitioner to serve a copy of this Notice of Case Assignment and Case Management Conference (Civil) (SDSC Form #CIV-721) with the complaint, cross-complaint, or petition on all parties to the action.

On all pleadings filed after the initial case originating filing, all parties must, to the extent it is feasible to do so, place the words "IMAGED FILE" in all caps immediately under the title of the pleading on all subsequent pleadings filed in the action.

The official court file will be electronic and accessible at one of the kiosks located in the Civil Business Office and may be found on the court's website at www.sdcourt.ca.gov.

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO | FOR COURT USE ONLY |
|---|---|

| | |
|---|---|
| STREET ADDRESS: | 330 West Broadway |
| MAILING ADDRESS: | 330 West Broadway |
| CITY, STATE, & ZIP CODE: | San Diego, CA 92101-3827 |
| BRANCH NAME: | Central |

PLAINTIFF(S):   Kimberly Holdsworth

DEFENDANT(S): FCA US LLC et.al.

SHORT TITLE:   HOLDSWORTH VS FCA US LLC [IMAGED]

| STIPULATION TO USE ALTERNATIVE DISPUTE RESOLUTION (ADR) | CASE NUMBER:<br>37-2022-00030990-CU-BC-CTL |
|---|---|

Judge: Keri Katz                                              Department: C-74

The parties and their attorneys stipulate that the matter is at issue and the claims in this action shall be submitted to the following alternative dispute resolution (ADR) process. Selection of any of these options will not delay any case management timelines.

☐ Mediation (court-connected)                   ☐ Non-binding private arbitration

☐ Mediation (private)                           ☐ Binding private arbitration

☐ Voluntary settlement conference (private)     ☐ Non-binding judicial arbitration (discovery until 15 days before trial)

☐ Neutral evaluation (private)                  ☐ Non-binding judicial arbitration (discovery until 30 days before trial)

☐ Other (specify e.g., private mini-trial, private judge, etc.): _____

_____

It is also stipulated that the following shall serve as arbitrator, mediator or other neutral: (Name) _____

_____

_____

Alternate neutral (for court Civil Mediation Program and arbitration only): _____

Date: _____           Date: _____

Name of Plaintiff                                   Name of Defendant

Signature                                           Signature

Name of Plaintiff's Attorney                        Name of Defendant's Attorney

Signature                                           Signature

If there are more parties and/or attorneys, please attach additional completed and fully executed sheets.

It is the duty of the parties to notify the court of any settlement pursuant to Cal. Rules of Court, rule 3.1385. Upon notification of the settlement, the court will place this matter on a 45-day dismissal calendar.

No new parties may be added without leave of court.

**IT IS SO ORDERED.**

Dated: 08/05/2022                                   _____
                                                    · JUDGE OF THE SUPERIOR COURT

SDSC CIV-359 (Rev 12-10)        **STIPULATION TO USE OF ALTERNATIVE DISPUTE RESOLUTION**         Page: 1