# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY HOLDSWORTH<br><br>Plaintiff,<br><br>vs.<br><br>FCA US LLC; and DOES 1 through 10, inclusive<br><br>Defendants. | CASE NO.: 3:23-cv-00257-W-DDL<br><br>Judge: Hon. Thomas J. Whelan<br><br>Complaint Filed: August 4, 2022<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL** |

Upon the joint motion of the Parties to dismiss this case in light of their executed Rule 68 Offer and Judgement re Attorneys' Fees, Costs, and Expenses and full payment of the funds agreed to therein,

It is hereby ORDERED that this matter is DISMISSED WITH PREJUDICE. The Clerk is instructed to close the case.

Date: September 7, 2023

Hon. Thomas J. Whelan
UNITED STATES DISTRICT COURT JUDGE